AO-10
Rev. 1/2004

# FINANCIAL DISCLOSURE REPORT

## FOR CALENDAR YEAR 2004

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name, Middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Dorsey, Peter C | U.S. District Court | 5/12/2005 |

| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge (senior) | Nomination, Date <br> Initial ● Annual Final | 1/1/2004 to 12/31/2004 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 141 Church Street <br> New Haven, CT 06510 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Adjunct Professor of Law | Quinnipiac University School of Law |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |

RECEIVED
MAY 18 10 56 AM '05
FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

A. Filer's Non-Investment Income

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | Jan.-May | Quinnipiac University School of Law | $3,500.00 |

B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | Jan.-Dec | Antique Dealership |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

✔ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dorsey, Peter C | 5/12/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. American International Group, Inc. | A | Dividend | L | T | | | | | |
| 2. Boeing Co. | A | Dividend | K | T | | | | | |
| 3. Bristol-Myers Squibb Co. | D | Dividend | M | T | | | | | |
| 4. Burlington Northern - Santa Fe | A | Dividend | K | T | | | | | |
| 5. Citigroup ● | A | Dividend | L | T | | | | | |
| 6. Deere & Co. | A | Dividend | K | T | | | | | |
| 7. Dun & Bradstreet | A | Dividend | J | T | | | | | |
| 8. El Paso Energy Corp. | A | Dividend | J | T | Sell | 10/1 | J | | - $1,200 |
| 9. Equity, Inc. Fund | B | Dividend | L | T | | | | | |
| 10. Exxon-Mobil, Inc. | A | Dividend | K | T | | | | | |
| 11. Bank of America | C | Dividend | L | T | Merge w/Flee | 3/1 | | | |
| 12. Georgia Pacific - Paper | A | Dividend | K | T | | | | | |
| 13. IMS Health | A | Dividend | K | T | | | | | |
| 14. IBM ● | A | Dividend | L | T | | | | | |
| 15. Johnson & Johnson ● | B | Dividend | N | T | | | | | |
| 16. McGraw Hill, Inc. | C | Dividend | L | T | | | | | |
| 17. Mellon Financial ● | C | Dividend | N | T | | | | | |
| 18. Moody's Corp. | A | Dividend | K | T | | | | | |

1. Income Gain Codes (See Columns B1 and D4): A = $1,000 or less; B = $1,001-$2,500; C = $2,501-$5,000; D = $5,001-$15,000; E = $15,001-$50,000; F = $50,001-$100,000; G = $100,001-$1,000,000; H1 = $1,000,001-$5,000,000; H2 = More than $5,000,000
2. Value Codes (See Columns C1 and D3): J = $15,000 or less; K = $15,001-$50,000; L = $50,001-$100,000; M = $100,001-$250,000; N = $250,000-$500,000; O = $500,001-$1,000,000; P1 = $1,000,001-$5,000,000; P2 = $5,000,001-$25,000,000; P3 = $25,000,001-$50,000,000; P4 = $More than $50,000,000
3. Value Method Codes (See Column C2): Q = Appraisal; R = Cost (Real Estate Only); S = Assessment; T = Cash Market; U = Book Value; V = Other; W = Estimated

## VII. INVESTMENTS and TRUSTS  -- income. value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy. sell. merger. redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. New Alliance ● | A | Dividend | K | T | Buy | 4/1 | | | |
| 20. Northrop Grumman Corp. | A | Dividend | K | T | | | | | |
| 21. Pfizer Inc. | B | Dividend | M | T | | | | | |
| 22. Plum Creek | B | Dividend | K | T | | | | | |
| 23. Prudential | A | Dividend | J | T | | | | | |
| 24. SBC Corp. | B | Dividend | K | T | | | | | |
| 25. St. Paul Traverlers ● | A | Dividend | J | T | SpinOff – Citigroup | | | | |
| 26. TECO Energy | B | Dividend | J | T | | | | | |
| 27. UI Holding Corp. ● | B | Dividend | K | T | | | | | |
| 28. Unocal | A | Dividend | K | T | | | | | |
| 29. Verizon Communications Corp. | A | Dividend | K | T | | | | | |
| 30. Zimmer Holdings Inc. | A | Dividend | K | T | | | | | |
| 31. CMA Money Mkt. Fund ● | A | Dividend | J | T | | | | | |
| 32. UTS Municipal Bond Fund | C | Dividend | L | T | | | | | |
| 33. Insured Mun. Bond | B | Dividend | L | T | | | | | |
| 34. Evergreen Conn. Mun. Bond Fund ● | B | Dividend | L | T | | | | | |
| 35. Evergreen High Income Mun. Bond Fund | B | Dividend | L | T | | | | | |
| 36. Columbia Conn. Tx Exempt Fund ● | C | Dividend | M | T | | | | | |

1. Income/Gain Codes:  A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  I = $15,001-$50,000
   (See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000

2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
   (See Columns C1 and D3)  N = $250,001-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000  P4 = More than $50,000,000

3. Value Method Codes:  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash-Market
   (See Column C2)  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Dorsey, Peter C | 5/12/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 37. Merrill Lynch - Mun. Bond Fund ● | A | Dividend | J | T | | | | | |
| 38. Univ. of Connecticut ● | C | Interest | M | T | Buy | 3/16 | | | |
| 39. DEPOSITS | | | | | | | | | |
| 40. Wachovia | C | Interest | K | T | | | | | New Haven, CT |
| 41. Bank of America | A | Interest | J | T | Merge w/Flee | | | | New Haven, CT |
| 42. New Alliance | A | Interest | J | T | Change Name | | | | New Haven, CT |
| 43. Wachovia ● | B | Interest | J | T | | | | | New Haven, CT |
| 44. Kennebunk Savings ● | A | Interest | J | T | | | | | York, Maine |
| 45. Webster Bank | A | Interest | J | T | | | | | New Haven, CT |
| 46. Merrill Lynch Bank | A | Interest | J | T | | | | | New Haven, CT |
| 47. OTHER | | | | | | | | | |
| 48. Colonial Broadwater Partnership | A | Dividend | K | T | | | | | |
| 49. REAL PROPERTY | | | | | | | | | |
| 50. North Haven, CT | | None | N | W | | | | | |
| 51. York, Maine | | None | O | W | | | | | |

1. Income Gain Codes (See Columns B3 and D4)   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes (See Columns C1 and D3)   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
N = $250,001-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000

3. Value Method Codes (See Column C2)   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
U = Book Value   V = Other   W = Estimated

# VIII  ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____     Date ___May 12, 2005___

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544